UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00450-FDW

| | |
|---|---|
| SHERRY L. FUTRELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER comes before the Court *sua sponte* concerning the status of this case. On June 23, 2016, this Court denied Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. No. 3). Plaintiff was ordered to make the first payment of $50.00 towards the filing fee within ten days of the entry of that Order. Plaintiff did not respond to the Court's order and has failed to remit payment.

THEREFORE, it is ORDERED that Plaintiff's claims are DISMISSED without prejudice. The Clerk of Court is respectfully directed to CLOSE THE CASE.

SO ORDERED.

Signed: July 18, 2016

Frank D. Whitney
Chief United States District Judge